IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHINELIA ASHLEY *o/b/o M.D.*,                                                              PLAINTIFF
*minor child*

v.                                      Case No. 3:12CV00320 JTK

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                             DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion to Dismiss, DE #11.  Counsel states that, subsequent to filing suit, Plaintiff elected not to pursue this matter further.

WHEREFORE, the Motion to Dismiss, DE #11, is GRANTED.  The case is hereby dismissed without prejudice.

SO ORDERED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE