IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHINELIA ASHLEY *o/b/o M.D.*,                                           PLAINTIFF
*minor child*

v.                                Case No. 3:12CV00320 JTK

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, this matter is dismissed without prejudice.

SO ORDERED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE